**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Enoch Greene, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:25-cv-01359-KK-AGR |
| v. | |
| Long Beach Container Terminal Inc, et al. | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 5/21/2026 | / | 80 | / | Motion to Exclude Plaintiff's Retained Experts |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

| | / | | / | |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☑ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Other:

Dated: May 26, 2026

By: _____
U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)