MARC COLEMAN, Esq., State Bar #110358
LAW OFFICES OF MARC COLEMAN
100 Oceangate, Suite 1200
Long Beach, California 90802
Telephone: (562) 432-8188
marc@marccolemanlaw.com

Attorneys for Defendant ILWU LOCAL 26, Union

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOCH GREENE, an individual;<br><br>                    Plaintiff,<br><br>        v.<br><br>LBCT LLC, a Limited Liability Company; PACIFIC MARITIME ASSOCIATION, a California Nonprofit Corporation; APM TERMINALS PACIFIC LLC, a Limited Liability Company; ILWU LOCAL 26, Union; TOTAL TERMINALS INTERNATIONAL LLC, a Limited Liability Company; SSA TERMINALS LLC, a Limited Liability Company; MATSON NAVIGATION COMPANY INC., a Corporation; and DOES 1 through 50, inclusive;<br><br>                    Defendants | CASE NO.: 5:25-cv-01359-KK (AGRx)<br><br>[Assigned to the Honorable Kenly Kiya Kato– Courtroom #3]<br><br>**DEFENDANT ILWU LOCAL 26'S NOTICE OF JOINDER TO DEFENDANTS PACIFIC MARITIME ASSOCIATION, LBCT LLC, APM TERMINALS PACIFIC LLC, TOTAL TERMINALS INTERNATIONAL, LLC, AND SSA TERMINALS, LLC'S NOTICE OF AND MOTION TO EXCLUDE PLAINTIFF'S EXPERTS RICHARD RUIZ AND DAVID WEINER**<br><br>Date:          July 2, 2026<br>Time:         9:30 a.m.<br>Place:        Courtroom 3, 3rd Floor<br><br>Complaint Filed: June 2, 2025<br>First Amended Complaint filed: June 20, 2025<br>Trial Date:  September 28, 2026 |

1

DEFENDANT ILWU LOCAL 26'S NOTICE OF JOINDER TO NON-UNION DEFENDANTS' NOTICE OF AND MOTION TO EXCLUDE PLAINTIFF'S EXPERTS RICHARD RUIZ AND DAVID WEINER

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant ILWU Local 26 hereby joins in the Motion to Exclude Plaintiff's Experts Richard Ruiz and David Weiner brought by Defendants Pacific Maritime Association, LBCT LLC, APM Terminals Pacific LLC, Total Terminals International, LLC, and SSA Terminals, LLC ("the Non-Union Defendants"), set for hearing before the Honorable Kenly Kiya Kato on July 2, 2026 in Courtroom 3, Third Floor of the United States District Court for the Central District of California, located at 3470 Twelfth Street, Riverside, California.

In support of this Joinder, Defendant ILWU Local 26 adopts and incorporates by reference the facts and arguments set forth in the Non-Union Defendants' Motion to Exclude Plaintiff's Experts Richard Ruiz and David Weiner, the accompanying Memorandum of Law, and Declaration of Dana L. Peterson. Defendant ILWU Local 26 asserts that these facts and arguments are equally applicable to and consistent with Defendant ILWU Local 26's position concerning these experts.

WHEREFORE, Defendant ILWU Local 26 respectfully requests that the Court grant the Motion to Exclude Plaintiff's Experts Richard Ruiz and David Weiner filed May 29, 2026 (Dkt. No. 83), in favor of all Defendants and grant such other and further relief as the Court may deem just and proper.

Dated:  June 2, 2026                           Respectfully submitted,

                                               LAW OFFICES OF MARC COLEMAN

                                               By:   /s/ Marc Coleman
                                                     Marc Coleman
                                                     Attorney for Defendant
                                                     ILWU LOCAL 26, Union

2

DEFENDANT ILWU LOCAL 26'S NOTICE OF JOINDER TO NON-UNION DEFENDANTS' NOTICE OF AND MOTION TO EXCLUDE PLAINTIFF'S EXPERTS RICHARD RUIZ AND DAVID WEINER