# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ENOCH GREENE

                              PLAINTIFF(S),

       v.

LONG BEACH CONTAINER TERMINAL INC, et al.

                              DEFENDANT(S).

CASE NUMBER:

   5:25−cv−01359−KK−AGRx

## NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER

To:  All Counsel Appearing of Record

       The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

       YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

       Accordingly, this case has been reassigned to:

       Hon. ___Christina T. Shay___, Magistrate Judge for:

       any discovery and/or post−judgment matters that may be referred

       Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: ___5:25−cv−01359−KK−CTSx___. This is very important because documents are routed by the initials.

                                        Clerk, U.S. District Court

 June 8, 2026
Date

                                        By: _/s/ *Rebeca D Olmos*_
                                             Deputy Clerk