NANCYROSE HERNANDEZ 312097
LAW OFFICE OF NANCYROSE HERNANDEZ APC
38975 Sky Canyon Drive, Suite 207
Murrieta, CA 92563
Tel: (951) 708-1497
Fax: (951) 905-1632
Email: nancyrose@nrhlawoffice.com

Attorney for Plaintiff ENOCH GREENE

*[Attorneys continued on next page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOCH GREENE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LBCT LLC, a Limited Liability Company; PACIFIC MARITIME ASSOCIATION, a California Nonprofit Corporation; APM TERMINALS PACIFIC LLC, a Limited Liability Company; ILWU LOCAL 26, Union; TOTAL TERMINALS INTERNATIONAL LLC, a Limited Liability Company; SSA TERMINALS LLC, Limited Liability Company; MATSON NAVIGATION COMPANY INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01359-KK-CTSx<br><br>**STIPULATION TO CONTINUE CURRENT DEADLINES**<br><br>*[(Proposed) Order filed concurrently herewith]* |

SEYFARTH SHAW LLP
Clifford 'Seth' Sethness (SBN 212975)
csethness@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:   (213) 270-9601

Case No.  5:25-cv-01359-KK-CTSx
STIPULATION TO CONTINUE CURRENT DEADLINES

LAW OFFICE OF NANCYROSE HERNANDEZ

SEYFARTH SHAW LLP
Dana L. Peterson (SBN 178499)
dpeterson@seyfarth.com
David J. Kim (SBN 349802)
dakim@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendants
PACIFIC MARITIME ASSOCIATION, LBCT LLC; APM TERMINALS
PACIFIC LLC; TOTAL TERMINALS INTERNATIONAL LLC; and SSA
TERMINALS, LLC

LAW OFFICES OF MARC COLEMAN
Marc Coleman (SBN 110358)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Tel: (562) 432-8188
Email: marc@marccolemanlaw.com

Attorneys for Defendant,
ILWU LOCAL 26

Plaintiff ENOCH GREENE ("Plaintiff" or "GREENE") and Defendants PACIFIC MARITIME ASSOCIATION, LBCT LLC; APM TERMINALS PACIFIC LLC; TOTAL TERMINALS INTERNATIONAL LLC; SSA TERMINALS LLC (collectively, "Non-Union Defendants"); and ILWU LOCAL 26 ("Union Defendant") (all together, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, on June 2, 2025, Plaintiff filed a Complaint in United States District Court for the Central District of California and initiated this action (Dkt. 1), and on June 20, 2025, Plaintiff filed the operative First Amended Complaint ("FAC") (Dkt 19);

**WHEREAS**, on October 29, 2025, the Court issued the Civil Trial Scheduling Order, (Dkt. 66);

Case No.  5:25-cv-01359-KK-CTSx
STIPULATION TO CONTINUE CURRENT
DEADLINES

LAW OFFICE OF
NANCYROSE
HERNANDEZ

**WHEREAS**, the Parties have diligently litigated this case, including concluding discovery, engaged in a settlement conference, met and conferred pursuant to Local Rule 7-3, and are actively preparing for Trial, as required;

**WHEREAS**, the Parties agree this is a complex case, involving six different defendants and extensive factual allegations;

**WHEREAS,** this request for continuance is made due to unforeseen, exigent circumstances and to avoid prejudice to the Plaintiff;

**WHEREAS,** Plaintiff's Counsel suffers from an autoimmune disease and experienced unanticipated serious medical issues, beginning on May 1, 2026 and continuing to date, requiring medical care and treatment, resulting in an unexpected absence from the office during flareups;

**WHEREAS,** pursuant to Local Rule 7-3, Plaintiff's Counsel and Non-Union Defendants' Counsel met and conferred telephonically on May 21, 2026, whereby Plaintiff's Counsel explained that unanticipated serious health issues had resulted in an absence from the office to recuperate;

**WHEREAS,** pursuant to Local Rule 7-3, on June 11, 2026, in anticipation for the filing of Defendants' Motions for Summary Judgment, the Parties further telephonically met and conferred pursuant to Local Rules to discuss the basis for the motions and attempt to narrow the claims;

**WHEREAS,** Defendants' Counsel informed Plaintiff's Counsel of their intent to file six separate Motions for Summary Judgment, one for each Defendant;

**WHEREAS,** Plaintiff's Counsel again informed Defendants' Counsel of her autoimmune disease and resulting serious medical condition, requiring significant recuperation and time away from the office;

**WHEREAS,** during the meet-and-confer phone call, Plaintiff's Counsel also explained that she is a sole practitioner and responding with oppositions to the six

Case No.  5:25-cv-01359-KK-CTSx
STIPULATION TO CONTINUE CURRENT DEADLINES

Motions for Summary Judgment was likely unfeasible under Local Rules which require oppositions be filed not later than twenty-one (21) days before the date designated for the hearing of the motion, giving Plaintiff just one week to respond while Plaintiff's Counsel is working limited hours due to her medical condition and flareups;

WHEREAS, given the serious time constraint to respond to six motions and Plaintiff's Counsel's current medical issues, responding with oppositions to all six motions is unreasonable and impractical and risks resulting in prejudice to the Plaintiff, necessitating this request for a continuance under the unforeseen, exigent circumstances;

WHEREAS, Plaintiff respectfully requests a continuance to the current deadlines to provide Plaintiff with sufficient time to respond to the Defendants' six separate Motions for Summary Judgment;

WHEREAS, Defendants' Counsel are sympathetic to Plaintiff's counsel's situation and have indicated that they would not oppose a reasonable request for a continuance, as long as the new deadlines do not conflict with pre-existing dates of unavailability;

WHEREAS, Non-Union Defendants' Counsel, Dana Peterson, informed Counsel last week that she will be on a prepaid, preplanned vacation from July 2 through July 12, 2026, which was planned around the current briefing schedule, and will be unavailable during that time;

WHEREAS, Non-Union Defendants' stipulation to a continuance of dates in this matter is expressly conditioned and dependent upon the due date for Defendants' Replies *not* falling during or less than a week after this preplanned vacation;

WHEREAS, Non-Union Defendants' Counsel, David Kim, the associate working with Ms. Peterson on this case, is expecting his first baby to be born in mid-July and will be on paternity leave and unavailable thereafter;

Case No.  5:25-cv-01359-KK-CTSx
STIPULATION TO CONTINUE CURRENT DEADLINES

LAW OFFICE OF
NANCYROSE
HERNANDEZ

**WHEREAS,** Mr. Kim's planned paternity leave does not impact the current briefing schedule, it will impact the Non-Union Defendants' ability to comply with the seven-day deadline for filing of Defendants' five separate Replies should the current hearing date be continued, and to avoid prejudice, the parties agree to a continuance of the Reply filing due date as indicated below;

**WHEREAS,** Defendants' position is that a continuance of the hearing date for Defendants' Motions for Summary Judgment without a continuance of the current trial date will be prejudicial in that it will require the parties to engage in significant trial preparation before the parties have a ruling on the Motions;

**WHEREAS,** the Parties agree that a continuance taking the above into account would be mutually beneficial and will not cause prejudice to any Party;

**WHEREAS,** the parties previously requested two continuances, the first on February 11, 2026 to continue the trial date and all corresponding deadlines (Dkt. 66) which was denied (Dkt. 67), and the second on April 16, 2026 for a continuance of the fact discovery cut-off (Dkt. 74) which was denied (Dkt. 75.)

**WHEREAS,** good cause exists for granting this request for continuance as set forth above;

**WHEREAS,** the Parties agree and hereby stipulate, subject to the above and the Court's approval, to a brief continuance of the opposition deadline, reply deadline, motion hearing cut-off, pretrial conference, and trial;

**NOW THEREFORE,** the Parties, by and through their respective counsel of record, hereby stipulate and agree and respectfully request that the Court continue the deadline for Opposition Cut-Off, Reply Cut-Off, Motion for Hearing Cut-Off, Pretrial Conference, and Trial date in this action, as set forth above, for the reasons set forth herein.

LAW OFFICE OF
NANCYROSE
HERNANDEZ

Case No.  5:25-cv-01359-KK-CTSx
STIPULATION TO CONTINUE CURRENT
DEADLINES

| Matter | Current Date | Proposed Date |
|---|---|---|
| Deadline to Serve Motion | 06/18/2026 | 06/25/2026 |
| Opposition Cut-Off | 06/25/2026 | 07/30/2026 |
| Reply Cut-Off | 07/02/2026 | 08/13/2026 |
| Motion Hearing Cut-Off | 07/16/2026 | 08/27/2026 |
| Pretrial Conference | 09/10/2026 | 10/22/2026 |
| Trial | 09/28/2026 | 11/09/2026 |

The Parties further agree to attend a scheduling conference with the Court to further discuss the current deadlines and request for continuance under the circumstances, if the Court deems necessary;

Respectfully submitted,

Dated: June 15, 2026          LAW OFFICE OF NANCYROSE HERNANDEZ

By:  /s/ Nancyrose Hernandez
Nancyrose Hernandez
Attorney for Plaintiff
ENOCH GREENE

DATED: June 15, 2026          SEYFARTH SHAW LLP

By:/s/Dana L. Peterson
Clifford 'Seth' Sethness
Dana L. Peterson
David J. Kim
Attorneys for Defendants
PACIFIC MARITIME ASSOCIATION,
LBCT LLC; APM TERMINALS
PACIFIC LLC; TOTAL TERMINALS
INTERNATIONAL LLC; and SSA
TERMINALS LLC

Case No.  5:25-cv-01359-KK-CTSx
STIPULATION TO CONTINUE CURRENT
DEADLINES

LAW OFFICE OF
NANCYROSE
HERNANDEZ

DATED: June 15, 2026                LAW OFFICES OF MARC COLEMAN


                                    By:    */s/ Marc Coleman*

                                        Marc Coleman

                                        Attorney for Defendant

                                        ILWU LOCAL 26


### ATTESTATION OF FILER

    Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


 Dated: June 15, 2026              LAW OFFICE OF NANCYROSE HERNANDEZ


                                    By: /s/ Nancyrose Hernandez
                                        Nancyrose Hernandez
                                        Attorney for Plaintiff
                                        ENOCH GREENE

Case No.  5:25-cv-01359-KK-CTSx
STIPULATION TO CONTINUE CURRENT DEADLINES