**DENIED**

The parties fail to demonstrate due diligence or good cause. Further, to the extent the parties seek to continue the motion "filing" date, that date has already passed. See Dkt. 66.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ENOCH GREENE, an individual,

        Plaintiff,

    v.

LBCT LLC, a Limited Liability Company; PACIFIC MARITIME ASSOCIATION, a California Nonprofit Corporation; APM TERMINALS PACIFIC LLC, a Limited Liability Company; ILWU LOCAL 26, Union; TOTAL TERMINALS INTERNATIONAL LLC, a Limited Liability Company; SSA TERMINALS LLC, Limited Liability Company; MATSON NAVIGATION COMPANY INC., a Corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:25-cv-01359-KK-CTSx

HON. KENLY KIYA KATO

**ORDER GRANTING JOINT STIPULATION TO CONTINUE CONTINUE CURRENT DEADLINES**

Complaint Filed: June 2, 2025
FAC Filed:     June 20, 2025

**[NOTE CHANGES BY THE COURT]**

## <u>ORDER</u>

On June 15, 2026, the Parties filed a Joint Stipulation to Continue Current Deadlines.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1

Case No.  5:25-cv-01359-KK-CTSx

LAW OFFICE OF
NANCYROSE
HERNANDEZ

1.      The current deadline to serve motion, Opposition cut-off dates, Reply cut-off deadlines, Motion hearing cut-off and Pretrial Conference set by Civil Trial Scheduling Order (Dkt. 66) and set new deadlines as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Deadline to Serve Motion | 06/18/2026 | 06/25/2026 |
| Opposition Cut-Off | 06/25/2026 | 07/30/2026 |
| Reply Cut-Off | 07/02/2026 | 08/13/2026 |
| Motion Hearing Cut-Off | 07/16/2026 | 08/27/2026 |
| Pretrial Conference | 09/10/2026 | 10/22/2026 |
| Trial | 09/28/2026 | 11/09/2026 |

**IT IS SO ORDERED.**

DATED: June 16, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

Case No.  5:25-cv-01359-KK-CTSx

2

LAW OFFICE OF
NANCYROSE
HERNANDEZ