SEYFARTH SHAW LLP
Clifford 'Seth' Sethness (SBN 212975)
csethness@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:   (213) 270-9601

Dana L. Peterson (SBN 178499)
dpeterson@seyfarth.com
David J. Kim (SBN 349802)
dakim@seyfarth.com
Tabitha Kwon (SBN 365915)
tkwon@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendants
PACIFIC MARITIME ASSOCIATION, LBCT
LLC, APM TERMINALS PACIFIC LLC,
TOTAL TERMINALS INTERNATIONAL LLC,
and SSA TERMINALS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOCH GREENE, an individual, | Case No. 5:25-cv-01359-KK-CTS |
| Plaintiff, | HON. KENLY KIYA KATO |
| v. | **DEFENDANTS PACIFIC MARITIME ASSOCIATION, LBCT LLC, APM TERMINALS PACIFIC LLC, TOTAL TERMINALS INTERNATIONAL LLC, AND SSA TERMINALS LLC'S NOTICE OF LODGING IN SUPPORT OF MOTION SUMMARY JUDGMENT** |
| LBCT LLC, a Limited Liability Company; PACIFIC MARITIME ASSOCIATION, a California Nonprofit Corporation; APM TERMINALS PACIFIC LLC, a Limited Liability Company; ILWU LOCAL 26, Union; TOTAL TERMINALS INTERNATIONAL LLC, a Limited Liability Company; SSA TERMINALS LLC, a Limited Liability Company; and DOES 1 through 50, inclusive;, | |
| Defendants. | Date:    July 16, 2026<br>Time:    9:30 a.m.<br>Dept:    3 |
| | Date Action Filed: June 2, 2025<br>FAC Filed:    June 20, 2025<br>Trial Date:    September 28, 2026 |

---

DEFENDANTS' NOTICE OF LODGING ISO MOTION FOR SUMMARY JUDGMENT

326685132v.1

**TO THE HONORABLE COURT,  PLAINTIFF ENOCH GREENE AND HIS ATTORNEYS OF RECORD:**

Defendants Pacific Maritime Association, LBCT LLC, APM Terminals Pacific LLC, Total Terminals International LLC, and SSA Terminals LLC (collectively, "Non-Union Defendants") hereby lodge with the Court two flash drives containing a total of three (3) video files as follows: (1) LBCT_GREENE 003411.avi; (2) LBCT_GREENE 003412.avi; and (3) APMT_GREENE 003075.avi.

The foregoing video exhibits are provided on one USB storage device because the file size and/or format makes electronic filing impracticable or otherwise unsuitable.

Two flash drives containing the video files, previously produced to Plaintiff and identified as LBCT_GREENE 003411, LBCT_GREENE 003412, APMT_GREENE 003075, are concurrently being submitted to the Court in a secure container, labeled with the case name and number, docket number of the filing to which the video file relates, and Non-Union Defendants' counsel's contact information, along with this separately filed Notice of Lodging, for the Court's consideration in connection with each Non-Union Defendants' Motion for Summary Judgment or Alternatively, Partial Summary Judgment currently on calendar for July 16, 2026 before District Judge Kenly Kiya Kato.

DATED: June 18, 2026                            SEYFARTH SHAW LLP


By:  */s/ Dana L. Peterson*
    Clifford 'Seth' Sethness
    Dana L. Peterson
    David J. Kim
    Tabitha Kwon
    Attorneys for Defendants
    PACIFIC MARITIME ASSOCIATION, LBCT LLC, APM TERMINALS PACIFIC LLC, TOTAL TERMINALS INTERNATIONAL LLC, and SSA TERMINALS LLC

326685132v.1