SEYFARTH SHAW LLP
Clifford 'Seth' Sethness (SBN 212975)
csethness@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:   (213) 270-9601

Dana L. Peterson (SBN 178499)
dpeterson@seyfarth.com
David J. Kim (SBN 349802)
dakim@seyfarth.com
Tabitha Kwon (SBN 365915)
tkwon@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendants
PACIFIC MARITIME ASSOCIATION, LBCT
LLC, APM TERMINALS PACIFIC LLC,
TOTAL TERMINALS INTERNATIONAL LLC,
and SSA TERMINALS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOCH GREENE, an individual, | Case No. 5:25-cv-01359-KK-CTS |
| Plaintiff, | **DEFENDANT LBCT LLC'S NOTICE OF ERRATA** |
| v. | |
| LBCT LLC, a Limited Liability Company; PACIFIC MARITIME ASSOCIATION, a California Nonprofit Corporation; APM TERMINALS PACIFIC LLC, a Limited Liability Company; ILWU LOCAL 26, Union; TOTAL TERMINALS INTERNATIONAL LLC, a Limited Liability Company; SSA TERMINALS LLC, a Limited Liability Company; and DOES 1 through 50, inclusive, | Complaint Filed:   June 2, 2025<br>FAC Filed:   June 20, 2025<br>Trial Date:   September 28, 2026 |
| Defendants. | |

DEFENDANT LBCT'S NOTICE OF ERRATA

**TO THE COURT, PLAINTIFF, ILWU LOCAL 26 AND THEIR COUNSEL OF RECORD:**

Defendant LBCT LLC ("LBCT") hereby submits this Notice of Errata to correct inadvertent errors in its Appendix of Evidence filed in support of its Motion for Summary Judgment or Alternatively, Partial Summary Judgment (Dkt. No. 96-3.)  With this errata, LBCT is not adding any additional evidence.  The evidence listed in the corrected index below was included with LBCT's original filing.

The correct list of exhibits attached to the Declaration of Eric Naefke, Tab 2 is as follows:

| EVIDENCE | TAB |
|---|---|
| **DECLARATION OF ERIC NAEFKE** | **2** |
| Exhibit A:  Excerpts from the Operative ILWU Local 26 Watchmen's Agreement (CBA) in Effect During 2023 and 2024, Including Article 2, Article 13, and Addendum "M" | |
| Exhibit B:  LBCT Local 26 Post Assignments | |
| Exhibit C:  May 2, 2023 Email from Jessica Voit (now Jessica Rymer) | |
| Exhibit D:  JPWLRC Meeting Minutes for May 8 and May 22, 2023 Meetings | |
| Exhibit E:  LBCT's Daily Security Schedules | |
| Exhibit F:  Surveillance Video Footages of Plaintiff's June 12, 2023 Accident at LBCT | |
| Exhibit G:  Photographs From the Investigation of the June 12, 2023 Accident at LBCT | |
| Exhibit H:  Employer Complaint EC-0008-2023 Filed by LBCT Regarding the June 12, 2023 Accident | |
| Exhibit I:  JPWLRC Meeting Minutes for October 23, 2023 Meeting | |
| Exhibit J:  October 28, 2023 Letter from LBCT to Plaintiff Regarding Decision Not to Accept Dispatch | |
| Exhibit K:  Employer Complaint EC-0024-2023 Filed by LBCT | |

1

DEFENDANT LBCT'S NOTICE OF ERRATA

Counsel apologizes to the Court and to all Parties for any inconvenience this may have caused.

DATED: July 1, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:*/s/David J. Kim*
Clifford 'Seth' Sethness
Dana L. Peterson
David J. Kim
Tabitha Kwon
Attorneys for Defendants
PACIFIC MARITIME ASSOCIATION, LBCT LLC, APM TERMINALS PACIFIC LLC, TOTAL TERMINALS INTERNATIONAL LLC, and SSA TERMINALS LLC

2

DEFENDANT LBCT'S NOTICE OF ERRATA

326896938v.1