SEYFARTH SHAW LLP
Clifford 'Seth' Sethness (SBN 212975)
csethness@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Dana L. Peterson (SBN 178499)
dpeterson@seyfarth.com
David J. Kim (SBN 349802)
dakim@seyfarth.com
Tabitha Kwon (SBN 365915)
tkwon@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
PACIFIC MARITIME ASSOCIATION, LBCT LLC, APM TERMINALS PACIFIC LLC, TOTAL TERMINALS INTERNATIONAL LLC, and SSA TERMINALS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOCH GREENE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LBCT LLC, a Limited Liability Company; PACIFIC MARITIME ASSOCIATION, a California Nonprofit Corporation; APM TERMINALS PACIFIC LLC, a Limited Liability Company; ILWU LOCAL 26, Union; TOTAL TERMINALS INTERNATIONAL LLC, a Limited Liability Company; SSA TERMINALS LLC, a Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01359-KK-CTS<br><br>**JUDGMENT**<br><br>Date: July 16, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Kenly Kiya Kato<br>Dept.: 3<br><br>Complaint Filed: June 2, 2025<br>FAC Filed: June 20, 2025 |

The Court, having granted the Motion for Summary Judgment or, in the Alternative, Summary Adjudication filed by Defendants Pacific Maritime Association ("PMA"), APM Terminals Pacific LLC ("APMT"), ILWU Local 26 ("Local 26"), Total Terminals International LLC ("TTI"), SSA Terminals LLC ("SSAT"), and LBCT LLC ("LBCT") (collectively "Defendants") in the above-captioned matter by Order dated August 20, 2026 [Dkt. 146], and having determined that judgment should be entered as set forth below, **ORDERS, ADJUDGES, AND DECREES** as follows:

1. With respect to Defendant Pacific Maritime Association: Judgment is entered in favor of Defendant Pacific Maritime Association and against Plaintiff Enoch Greene ("Plaintiff") on all claims asserted against it in the operative First Amended Complaint ("FAC"). All of Plaintiff's claims against Defendant Pacific Maritime Association are DISMISSED WITH PREJUDICE.

2. With respect to Defendants APM Terminals Pacific LLC, Total Terminals International LLC, SSA Terminals LLC, LBCT LLC, and ILWU Local 26 (collectively, the "Remaining Defendants"):

   a. Judgment is entered in favor of the Remaining Defendants and against Plaintiff on Causes of Action One (Disability Discrimination), Three (Failure to Provide Reasonable Accommodation), and Four (Failure to Engage in the Interactive Process). These causes of action are DISMISSED WITH PREJUDICE.

   b. Judgment is entered in favor of the Remaining Defendants and against Plaintiff on Plaintiff's claims under the Americans with Disabilities Act asserted in Cause of Action Two (Harassment) and Cause of Action Five (Retaliation). Plaintiff's ADA claims under Causes of Action Two and Five are DISMISSED WITH PREJUDICE.

   c. Cause of Action Six (Wrongful Termination), Plaintiff's remaining claim under the California Fair Employment and Housing Act asserted within Cause of Action Two, and Plaintiff's claim under California

Labor Code section 1102.5 asserted within Cause of Action Five are DISMISSED WITHOUT PREJUDICE to re-file in state court, the Court having declined to exercise supplemental jurisdiction over these remaining state-law claims pursuant to 28 U.S.C. § 1367(c)(3).

3. Plaintiff shall take nothing from Defendants by way of the FAC.

4. Defendants may recover their costs as permitted by law.

**IT IS SO ORDERED.**

DATED: September 11, 2026

Honorable Kenly Kiya Kato
District Court Judge